IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:24-cv-00019 |
| v. ) | |
| ) | JUDGE RICHARDSON |
| INTERNAL REVENUE SERVICE, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER**

Defendant Internal Revenue Service ("IRS") has filed a "Motion to File Sur-Reply to Respond to New Contentions Contained in Plaintiff's Reply Brief" (Doc. No. 24, "Motion"). Via the Motion, IRS seeks permission to file a sur-reply to the reply brief (Doc. No. 22, "Reply) filed by Plaintiff on February 20, 2024. IRS states (and the Court agrees) that good cause exists for the Court to grant the Motion because the Reply introduced new evidence and raised a new issue of law not included in the original motion to proceed under pseudonym (Doc. No. 6). The Motion is unopposed.

The Motion is **GRANTED**. IRS shall file a sur-reply responding to Plaintiff's Reply in accordance with the Local Rules on or before March 4, 2024.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE