IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:24-cv-00019 |
| v. ) | |
| ) | JUDGE RICHARDSON |
| INTERNAL REVENUE SERVICE, ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Plaintiff's Motion Requesting Oral Argument (Doc. No. 45) is granted. The Court will set a one-hour hearing on August 12, 2025, at 1:00 p.m.

Counsel shall file a joint notice stating how much time (out of its allocated 30 minutes) each side would like to make a generally uninterrupted presentation, with the understanding that the remainder of each 30 minutes will be taken up with questions by the Court.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE