IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| Plaintiff, | ) ) ) | NO. 3:24-cv-00019 |
| v. | ) ) | JUDGE RICHARDSON |
| INTERNAL REVENUE SERVICE, ET AL., | ) ) ) | |
| Defendants. | ) | |

## ORDER

The parties' Consent Motion to Continue Hearing (Doc. No. 50) is granted. The hearing is rescheduled for September 11, 2025, at 1:00 p.m.

Counsel shall file a joint notice stating how much time (out of its allocated 30 minutes) each side would like to make a generally uninterrupted presentation, with the understanding that the remainder of each 30 minutes will be taken up with questions by the Court.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE