MOTION GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | Case No. 3:24-cv-19 |
| Plaintiff, | ) | |
| | ) | District Judge Eli J. Richardson |
| v. | ) | |
| | ) | Magistrate Judge Jeffrey S. Frensley |
| INTERNAL REVENUE SERVICE, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

The Internal Revenue Service and Doe jointly move this Court to enter the attached protective order in this case. Good cause exists for the entry of a protective order because such an order will protect the information of the underlying taxpayer from further disclosure outside of these proceedings. See Whistleblower 972-17W v. Commissioner, 159 T.C. 1, 26 (Tax Ct. 2015).

A proposed order is attached.

[*Signatures on following page*]

Dated: 08/21/2025

| | |
|---|---|
| */s/ Dean Zerbe* | */s/ Kyle L. Bishop* |
| Jerry E. Martin (TNBPR No. 20193) | KYLE L. BISHOP |
| Seth M. Hyatt (TNBPR No. 31171) | MOIRA E. GOODWIN |
| Barrett Johnston Martin & Garrison, PLLC | Trial Attorneys, Tax Division |
| 200 31st Ave. N | U.S. Department of Justice |
| Nashville, TN 37203 | P.O. Box 227 |
| (615) 244-2202 | Washington, D.C. 20044 |
| Fax: (615) 252-3798 | 202-616-1878 (KLB) |
| jmartin@barrettjohnston.com | 202-718-7056 (MEG) |
| shyatt@barrettjohnston.com | 202-514-6866 (fax) |
| | Kyle.L.Bishop@usdoj.gov |
| Dean Zerbe (VA Bar No. 42044) | Moira.E.Goodwin@usdoj.gov |
| Steven Miller (DC Bar No. 367118) | |
| Matthew Beddingfield (VA Bar No. 87305) | *Counsel for Defendant* |
| Zerbe, Miller, Fingeret, Frank & Jadav, LLP | |
| 3009 Post Oak Blvd., Suite 1700 | |
| Houston, TX 77056 | |
| (713) 350-3529 | |
| Fax: (713) 350-3607 | |
| dzerbe@zmflaw.com | |
| smiller@zmflaw.com | |
| mbeddingfield@zmflaw.com | |

*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

On August 21, 2025, the Internal Revenue Service, Department of the Treasury, and the United States of America served its Joint Motion for Entry of a Protective Order on the following individuals utilizing the CM/ECF system. That system automatically served all of the following individuals electronically, which included sending them a notification of such filing by email at the below-listed addresses:

Anica Clarissa Jones    anica.jones@usdoj.gov, CaseView.ECF@usdoj.gov, kristee.adcock@usdoj.gov, liz.lopes@usdoj.gov, vanessa.haines@usdoj.gov

Dean A. Zerbe    dzerbe@zmflaw.com

Jerry E. Martin    jmartin@barrettjohnston.com, jmartin@rgrdlaw.com, lvandrasik@barrettjohnston.com

Kyle L. Bishop    kyle.l.bishop@usdoj.gov, eastern.taxcivil@usdoj.gov, Jennifer.D.Auchterlonie@usdoj.gov

Matthew J. Beddingfield    mbeddingfield@zmflaw.com

Moira E. Goodwin    Moira.E.Goodwin@usdoj.gov

Seth Marcus Hyatt    shyatt@barrettjohnston.com, lvandrasik@barrettjohnston.com

Steven T. Miller    smiller@zmflaw.com

*/s/ Moira E. Goodwin*
MOIRA E. GOODWIN
Trial Attorney
United States Department of Justice, Tax Division